# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST § <br> DISTRIBUTION SYSTEMS, LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> AT&T SERVICES, INC. § <br> § <br> Defendant. § <br>_____ § <br> ROTHSCHILD BROADCAST § <br> DISTRIBUTION SYSTEMS, LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> BARNES & NOBLE, INC. et al § <br> § <br> Defendant. § <br>_____ § | Case No.: 2:16-cv-385 <br><br> LEAD CASE <br><br><br><br><br><br><br><br><br> Case No.: 2:16-cv-402 <br><br> CONSOLIDATED CASE |

## **ORDER**

On this day, the Court considered the Unopposed Motion to Dismiss Defendants Barnes & Noble, Inc., and Barnesandnoble.com LLC With Prejudice (Docket No. 30). It is therefore **ORDERED** that all claims by and between Plaintiff Rothschild Broadcast Distribution Systems and Consolidated Defendants Barnes & Noble, Inc. and Barnesandnoble.com are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorneys' fees.

**SIGNED this 17th day of August, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE